UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

116 GIRALDA LLC and
116 GIRALDA RESTAURANT LLC
d/b/a LUCA OSTERIA,
    Defendant(s).

Case No: 22-cv-22759-CMA

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, 116 GIRALDA LLC and 116 GIRALDA RESTAURANT LLC d/b/a LUCA OSTERIA

Plaintiff, AMIN LAKHANI, and Defendants, 116 GIRALDA LLC and 116 GIRALDA RESTAURANT LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action against Defendants, 116 GIRALDA LLC and 116 GIRALDA RESTAURANT LLC, *with prejudice* and with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ George E. McArdle |
| Glenn R. Goldstein (FBN: 55873) | George E. McArdle (FBN: 636400) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | McArdle, Perez & Franco PL |
| 8101 Biscayne Blvd., Ste. 504 | 255 Alhambra Cir., Ste. 925 |
| Miami, Florida 33138 | Coral Gables, FL 33134 |
| (305) 900-2373 | (305) 442-2214 |
| GGoldstein@G2Legal.net | GMcArdle@MCPer.com |